PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-3874
_____

MUHAMMAD SAEED MALIK,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent
_____

On Petition for Review from an
Order of the Board of Immigration Appeals
(Board No. A46-964-203)
Immigration Judge:  Honorable Mirlande Tadal
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
September 23, 2011

Before:  FISHER, HARDIMAN and GREENAWAY, Jr., *Circuit Judges*.
_____

**<u>ORDER AMENDING OPINION</u>**

IT IS HEREBY ORDERED that the opinion in the above case, filed October 4, 2011, be amended as follows:

Page 3, lines 2-3 (the last sentence before Section I), which read:
We will dismiss the petition for review.

shall read:
We will deny the petition for review.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated:      October 7, 2011

MB/cc:      M. Anne Hannigan, Esq.
Gopal T. Kukreja, Esq.
Daniel I. Smulow, Esq.
Paul F. Stone, Esq.